PERERA COMPANY, INC., Appellant, v. ALBERTO LAMELA, Respondent, et al., Defendant.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

EMILY JORDAN, Respondent, v. MICHAEL TODD, Appellant.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

MATILDA EDDINGTON, Respondent, v. EDWARD EDDINGTON, Appellant.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

BERNARD H. LEFFERTS, Respondent, v. DAYLIGHT FLUORESCENT CO., INC., et al., Defendants, and MAX ROSEN, Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

CYE, HABERDASHERS, INC., Appellant, v. FLORENCE B. CRUMMINS et al., Respondents.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

VIRGINIA McK. HORNE, Respondent, v. LEON H. HORNE, Appellant.— No opinion. Concur — Peck, P. J., Botein, Cox and Bergan, JJ.

JULIO MOLINA, Respondent, v. LYKES BROS. STEAMSHIP CO., INC., Appellant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

REA HESSEL, Respondent, v. CHARLES HESSEL, Appellant.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

■

W. T. ROYSTON COMPANY et al. v. JOSEPH J. MASCUCH.—

Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *ante*, p. 833.]

■

In the Matter of the Arbitration between WRITERS GUILD OF AMERICA EAST, INC., et al., Respondents, and PROCKTER PRODUCTIONS, INC., Appellant.—

Concur — Peck, P. J., Breitel, Bastow and Botein, JJ. [See *ante*, p. 1000.]

■

NORTHRIDGE COOPERATIVE SECTION No. 1, INC., v. 32ND AVENUE CONSTRUCTION CORP. et al.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 422.]

■

FRANK F. KOEHLER v. GRACE LINE, INC., et al.—

Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 285 App. Div. 154.]

■

ISAAC KAPLAN, Doing Business as INSJAR REALTY CO. v. ANDRES URIBE.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 156.]

■

In the Matter of ARTHUR R. HANSON et al., Respondents, against EDWARD RAGER, Appellant.—

Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See *ante*, p. 960.]

■

UNITED INDUSTRIAL SYNDICATE, INC., Appellant, v. WALTER W. WEISMANN et al., Respondents, et al., Defendants.—

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 663.]

## (November 10, 1955.)

■

In the Matter of the Estate of MARIA DI MURO, Deceased. JERRY PATIERNO, as Administrator of the Estate of MARIA DI MURO, Deceased, Respondent; HELEN PATIERNO, Appellant.—